

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————————

No. 02-24-00460-CV

———————————————————

IN RE NTE MOBILITY PARTNERS SEGMENTS 3 LLC, NTE MOBILITY PARTNERS LLC, NTE MOBILITY PARTNERS SEGMENTS 3 HOLDING LLC, NTE MOBILITY PARTNERS HOLDING LLC, CINTRA NTE LLC, CINTRA NTE MOBILITY PARTNERS SEGMENT 3 LLC, FEDEX EXPRESS CORPORATION F/K/A FEDEX GROUND PACKAGE SYSTEM, INC., CINTRA US SERVICES LLC, CINTRA HOLDING US CORP. D/B/A CINTRA US CORP., FERROVIAL HOLDING US CORP., CINTRA TEXAS CORP., CINTRA TOLL SERVICES, LLC, ENERGY TRUCKING, LLC, NOLAN TRANSPORTATION GROUP, LLC, SIMON EXPRESS LLC, AND ENVIROTECH SERVICES, INC., Relators

Original Proceeding
153rd District Court of Tarrant County, Texas
Trial Court No. 153-000000-22

Before Kerr, J.; Sudderth, C.J.; and Womack, J.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION

The court has considered the relators' petition for writ of mandamus, the response of the real parties in interest, and the relators' reply and is of the opinion that relief should be denied. Accordingly, relators' petition for writ of mandamus is denied.

Per Curiam

Delivered:  November 1, 2024